**PHILIP R. WOOTEN**
Arizona State Bar No. 007006
Philip R. Wooten, PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: 480-598-4330
Facsimile: 480-598-4331
philip.wooten@azbar.org

*Attorney for Trans Union LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| STANLEY FISHMAN, | Case No. _____ |
| Plaintiff, | **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |
| v. | |
| TRANS UNION INC., | (Removed from the Superior Court of the State of Arizona, Maricopa County, Case No. CV2011-056104) |
| Defendants. | |

Comes Now, Trans Union LLC ("Trans Union"), incorrectly named Trans Union Inc., and files this Notice of Removal pursuant to 28 U.S.C. § 1446(a) and in support thereof would respectfully show the Court as follows:

### A. Introduction

1. Stanley Fishman is the Plaintiff ("Plaintiff"). Trans Union LLC is the named Defendant.

2. On September 30, 2011, Plaintiff filed this action in the Superior Court of the State of Arizona, in and for the County of Maricopa under Case No. CV 2011-056104, ("State Court Action").

3. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

**1**

## B. Grounds for Removal

4. Removal is proper based on diversity jurisdiction as prescribed by 28 U.S.C. § 1332(a) to the extent Plaintiff is asking for damages in the amount of $100,000, which provides a good faith basis to believe that the amount in controversy exceeds the jurisdictional amount of $75,000, exclusive of interest and costs. The Parties meet the diversity of citizenship requirement as complete diversity exists among the Parties. 28 U.S.C. § 1332(a)(1). Plaintiff Stanley Fishman is a citizen of Arizona. Trans Union is not a citizen of Arizona. Trans Union LLC is incorporated in Delaware and has its principal place of business in Illinois.

## C. Compliance with Procedural Requirements

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a) and local rule 3.7, copies of all process, pleadings, and orders served upon Defendant Trans Union in the State Court Action are attached hereto as **Exhibit A**.

9. Trial has not commenced in the Superior Court of the State of Arizona, Maricopa County.

10. By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.

3640768.1/SP/83057/1190/102611

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated: October 25, 2011

Respectfully Submitted,

By /s/ Philip R. Wooten
Philip R. Wooten
**PHILIP R. WOOTEN, P.C.**
Arizona State Bar No. 007006
Philip R. Wooten, PC
3413 E. Equestrian Trail
Phoenix, AZ 85044-3403
Telephone: (480) 598-4330
Facsimile: (480) 598-4331
Email: philip.wooten@azbar.org

**ATTORNEY FOR TRANS UNION LLC**

3640768.1/SP/83057/1190/102611

# CERTIFICATE OF SERVICE

I hereby certify that on the 26th of October, 2011, a true and correct copy of the above and foregoing document has been electronically filed with the foregoing Clerk of the Court using the CM/ECF system and that a true and correct copy has been served by mail on the following non-CM/ECF participant via Certified Mail / Return Receipt Requested:

Stanley Fishman
2524 E. Contention Mine Road
Phoenix, AZ 85032
Tel: (602) 996-1343
*Plaintiff, Pro Se*

By /s/ Philip R. Wooten