# EXHIBIT A

3640768.1/SP/83057/1190/102611

Name of Person Filing: Stanley Fishman #4C
Your Address: 2524 E Contention Mine RD
Your City, State, Zip Code: PHX AZ 85032
Your Telephone Number: 602-996-1243
Attorney Bar Number (if applicable): _____
Representing ☒ Self (Without an Attorney) or ☐ Plaintiff or ☐ Defendant

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

Stanley Fishman
**Name of Plaintiff**

Case No.: CV2011-056104

TransUnion Inc
**Name of Defendant**

**SUMMONS**

If you would like legal advice from a lawyer, contact the Lawyer Referral Service at

602-257-4434

or

> WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

Sponsored by the
Maricopa County Bar Association

**FROM THE STATE OF ARIZONA TO** TransUnion Inc.
**Name of Defendant**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons"*.

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 or the Office of the Clerk of the Superior Court, 222 East Javelina Drive, Mesa, Arizona 85210-6201 or Office of the Clerk of Superior Court, 14264 W. Tierra Buena Lane, Surprise, Arizona 85374.   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Plaintiff/Attorney listed at the address at the top of this paper, or from the Clerk of the Superior Court's Customer Service Center at 601 W. Jackson, Phoenix, Arizona 85003 or at 222 E. Javelina Drive, Mesa, Arizona 85210.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the office of the judge or commissioner assigned to the case, at least five (5) days before your scheduled court date.

**SIGNED AND SEALED this date**

COPY

**MICHAEL K. JEANES, CLERK OF COURT**

By_____  SEP 3 0 2011
    Deputy Clerk

(COURT SEAL) MICHAEL K. JEANES, CLERK
M. MOSBY
DEPUTY CLERK



**Name of Person Filing:** STANley Fishman #42
**Address:** 2524 E Contention mine RD
**City, State, Zip Code:** PHY AZ 85032
**Day/Evening Telephone:** 602-996 1243
**In this case I am a:** ☒ Petitioner ☐ Respondent

SEP 30 2011
MICHAEL K. JEANES, CLERK
M. MOSBY
DEPUTY CLERK

## SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

STANley Fishman
Name of Plaintiff or Petitioner

TRANS UNION INC
Name of Defendant or Respondent

Case Number: CV2011-056104

Title: Feadd

I Am Asking this court to Award me one Hundred thousands Dollars. Due to the way this company Does thier Prastace I have sent in Letter Asking them to Remove All these claims I have asked them for Proof. my signuature showing that I purchd All these Items they claim I owed money on but they have Refuse to do anything but harm my credt with All the companys I have Applyed credit with. so please Award A Judement

Today's Date: _____   Your Signature: Stanley Fishman

© SUPERIOR COURT OF ARIZONA IN MARICOPA COUNTY
November 7, 2007
All rights reserved

GN10f
USE CURRENT VERSION

Page 1



NAME: Stanley Fishman #4L

ADDRESS: 2524 E Copper Mine Rd

CITY, STATE, ZIP: Phy Az 85032



SEP 3 0 2011

MICHAEL K. JEANES, CLERK
M. MOSBY
DEPUTY CLERK

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Stanley Fishman | NO. CV2011-056104 |
| PLAINTIFF, | |
| vs. | **CERTIFICATE OF COMPULSORY ARBITRATION** |
| Trans Union Inc | |
| DEFENDANT. | |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorneys' fees, and costs **does / does not** exceed limits set by Local Rule for compulsory arbitration. This case **is / is not** subject to the Uniform Rules of Procedure for Arbitration.

SUBMITTED this _____ day of _____, 20____.

BY *Stanley Fishman*

CCA

Form #200  LRD 3/20/01  ALL RIGHTS RESERVED
© Clerk of Superior Court of Arizona in Maricopa County

**Superior Court of Arizona**
**In Maricopa County**

Case Number: CV2011-056104

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney: _____

Attorney's Bar Number: _____

Plaintiff's Name(s): (List all)
STANLEY FISHMAN

[Stamp: SEP 30 2011]

Is Interpreter Needed? ☐ Yes ☐ No

If yes, what language: _____

To the best of my knowledge, all information is true and correct.

_Stanley Fishman_ (signature)
Attorney/Pro Per Signature (If no attorney, YOUR signature)

Plaintiff's Address:
2524 E Contention Mine RD #46
PHO AZ 85032
602 996 1343

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List all.)
_____
_____

(List additional defendants on page two and/or attach a separate sheet).

EMERGENCY ORDER SOUGHT:
(if applicable)
☐ Temporary Restraining Order    ☐ Provisional Remedy
☐ OSC – Order to Show Cause      ☐ Election Challenge
☐ Employer Sanction              ☐ Other _____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES   Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

**NATURE OF ACTION**
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation
☐ 116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D.   ☐ 123 Hospital
☐ 122 Physician D.O    ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☒ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

Case No. _____

**150-199 OTHER CIVIL CASE TYPES:**
☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Sexually Violent Persons (A.R.S. §36-3704)
   (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
   (See lower court appeal cover sheet in Maricopa)

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence (A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain—Light Rail Only
☐ 177 Interpleader— Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute - Other
☐ 163 Other

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
☐ Administrative Review
   (See lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax Court)

_____
(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

Additional Plaintiff(s)
_____
_____

Additional Defendant(s)
_____
_____