**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stanley Fishman, | No. CV 11-2105-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Trans Union Inc., | |
| Defendant. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the Notice of Removal pleads jurisdiction based on 28 U.S.C. § 1332, which is diversity. However, the Notice of Removal fails to adequately allege the citizenship of the parties such that this Court can independently assess its jurisdiction.

Specifically, limited liability companies take on the citizenship of their members. *Johnson v. Columbia Properties Anchorage, L.P.,* 437 F.3d 894, 899 (9th Cir. 2006). The Notice of Removal notes that Defendant is a limited liability company which Plaintiff incorrectly called a corporation. Because the Notice of Removal fails to plead the citizenship of the membership of the Defendant limited liability company, it fails to allege jurisdiction. Therefore,

/ / /

/ / /

**IT IS ORDERED** that Defendant must file an amended Notice of Removal by December 19, 2011, properly alleging federal subject matter jurisdiction, or this case will be remanded to state court.

DATED this 23rd day of November, 2011.

_____
James A. Teilborg
United States District Judge