# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stanley Fishman | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff | ) | CV 11-2105-PHX-JAT |
| | ) | |
| v. | ) | |
| | ) | |
| TransUnion LLC | ) | |
| | ) | |
| Defendant | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed June 20, 2012, judgment is entered in favor of defendant and against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed with prejudice. This action is hereby terminated.

                                       BRIAN D. KARTH
                                       District Court Executive/Clerk

July 12, 2012

                                        s/Tammy Johnson
                                       By: Deputy Clerk

cc: (all counsel)